243 So.2d 766

In re William PRUITT, alias

v.

STATE.

Ex parte William PRUITT, alias.

8 Div. 414.

Supreme Court of Alabama.

Feb. 4, 1971.

Robert P. Schwenn, Huntsville, for petitioner.

MacDonald Gallion, Atty. Gen., for the State.

COLEMAN, Justice.

Petition of William Pruitt, alias, for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Pruitt v. State, 46 Ala.App. 491, 243 So.2d 763.

Writ denied.

HEFLIN, C. J., and SIMPSON, BLOODWORTH and McCALL, JJ., concur.

243 So.2d 514

In re Morris REISS

v.

Ethel REISS.

(Ex parte Ethel REISS.)

6 Div. 839.

Supreme Court of Alabama.

Jan. 14, 1971.

Joseph P. Kirley, White Plains, N. Y., for petitioner.

F. Raymond Ingram, and Victor H. Smith, Birmingham, opposed.

MADDOX, Justice.

Petition of Ethel Reiss for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in Reiss v. Reiss, 46 Ala.App. 422, 243 So.2d 507 (6 Div. 51).

Writ denied.

LAWSON, MERRILL, HARWOOD and BLOODWORTH, JJ., concur.

242 So.2d 681

Billy R. RICHARDSON, et al.

v.

FIRST NATIONAL BANK OF CO-LUMBUS, GEORGIA.

Ex parte Billy R. RICHARDSON and Peggy Joyce Craven Richardson.

5 Div. 907.

Supreme Court of Alabama.

Dec. 23, 1970.

Paul J. Hooton, Roanoke, for petitioner.

Lewis H. Hammer, Jr., Roanoke, opposed.

LAWSON, Justice.

Petition of Billy R. Richardson and Peggy Joyce Craven Richardson for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in Richardson et al. v. First National Bank of Columbus, Georgia, 46 Ala.App. 366, 242 So.2d 676.

Writ denied.

MERRILL, HARWOOD, MADDOX and McCALL, JJ., concur.